March 11, 2011

Mr. Daniel L. Geyser
Asst. Solicitor General
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Ms. Marisa Perales
Lowerre Frederick Perales Allmon & Rockwell
707 Rio Grande, Suite 200
Austin, TX 78701
Mr. David B. Gross
Gross & Nelson
12400 Hwy 71 West, Suite 350-230
Austin, TX 78738

RE: Case Number: 08-0497
 Court of Appeals Number: 03-07-00025-CV
 Trial Court Number: D-1-GN-06-001303

Style: RAILROAD COMMISSION OF TEXAS AND PIONEER EXPLORATION, LTD.
 v.
 TEXAS CITIZENS FOR A SAFE FUTURE AND CLEAN WATER AND JAMES G. POPP

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Karen L. Watkins |
| |Mr. Mark A Mayfield |
| |Mr. Patrick Joseph |
| |Pearsall |
| |Mr. Edmond R. McCarthy |
| |Jr. |
| |Mr. Gabriel Enrique Lopez|